# COURTROOM MINUTES

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

- [ ] INITIAL APPEARANCE
- [ ] RULE 40 HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

FILED 2/21/12

DAVID BRADLEY, Clerk

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701
Case Manager: Cindy Jantowski
ERO: A. Boyd
Pretrial Services Officer: C. Moreno

OPEN: 10:08  ADJOURN: 10:32
RECESS FROM: ___ TO: ___
- [x] Other District: EDNY
- [ ] Other Division: Brooklyn-NY
Case No. 12-065

INTERPRETER REQUIRED: [x] No  [ ] Yes, Name: _____

---

Criminal No. 12-165-MJ  Defendant No. ___  USDJ ___

UNITED STATES OF AMERICA
vs
JIMMY COURNOYER

Richard Magness, AUSA

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____ or [ ] karsr40
- [x] Deft first appearance. Deft advised of rights/charges [ ] SRT/Probation violator [ ] Pretrial Release Violator
- [ ] Deft first appearance with counsel.
- [x] Deft _____ appeared [ ] with [x] without counsel.
- [ ] Requests appointed counsel. On the record
- [x] FINANCIAL AFFIDAVIT executed. [ ] Court orders defendant to pay $___ to CJA Fund
- [x] Order appointing Federal Public Defender. (Wade Bainum present)
- [ ] Private Counsel appointed, _____
- [ ] Deft advises he/she will retain counsel. He/she retained _____
- [ ] Bond [ ] set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Bond [ ] revoked [ ] reinstated.
- [ ] Deft advised of conditions of release.
- [ ] Surety signatures required _____, _____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [x] Court finds [x] IDENTITY [ ] Probable Cause.
- [ ] BOND EXECUTED and defendant released.
- [ ] Deft REMANDED to CUSTODY. [x] Deft ORDERED REMOVED to Originating District. EDNY
- [x] WAIVER of [ ] Preliminary [x] Identity [ ] Detention Hearing [ ] Detention Hearing in this district [ ] State Custody
- [ ] Arraignment set _____  [ ] Detention Hearing set _____
- [ ] Preliminary set _____  [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)

*Commitment order signed USM to transport to EDNY for (3/6/12) detention hrg 10:00