

UNITED STATES DISTRICT COURT
Southern District of Texas, Houston Division

David Bradley                                                                 P.O. Box 61010
Clerk                                                                         Houston, TX 77208

February 22, 2012

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **FROM**:   M. Lerma, Deputy Clerk

    Case No. Cr H-12-165M
    Your Case No. 12-065                USA vs Jimmy Cournoyer

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[X]     File (including minutes, orders, etc.)

[]      Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[]      Passports:

[]      Other:

[]      Please sign and return a copy of this form in the enclosed envelope.

    Received by: _____   Date: _____